UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
    Debtor

Chapter 13
Case No.: 02-46025-JBR

Jacalyn S. Nosek
    Plaintiff
v.
Ameriquest Mortgage Company
    Defendant

Denise M. Pappalardo and
Carolyn A. Bankowski,
    Trustee Defendants

Adv. Pro. No. 07-04109-JBR
(Related Adv. Pro. No. 04-04517-JBR)

**Memorandum in Support of Emergency Motion
for Approval of Attachment on Trustee Process**

In further support of Plaintiff's motion for Approval of Attachment on Trustee Process, Plaintiff states that:

1. As set forth in the *Affidavit of Jacalyn S. Nosek*, Plaintiff is without security for the judgment in the amount of $750,000.00 which has been awarded by this Court, and AFFIRMED by the U.S. District Court.

2. Over the Labor Day weekend, news articles appeared which stated that Ameriquest Mortgage Company was ceasing operations, and that its assets are being acquired by Citigroup. The terms of the purchase have not been publicly disclosed.

3. According to the records of the Worcester Registry of Deeds, the Defendant Ameriquest Mortgage Company, has been assigning mortgages it holds for zero consideration to other entities.

4. Attached here as **Exhibit 1** for illustrative purposes is the first page of a screen printout evidencing such transfers.

5. Attached here as **Exhibit 2** is the screen printout of the most recent such assignment, recorded on September 14, 2007, concerning a mortgage encumbering property located at 324 Millbury Street, Worcester.

6. Attached here as **Exhibit 3**, for illustrative purposes, is a copy of such an assignment, purportedly executed on April 7, 2004, and recorded on September 14, 2007, at the Worcester Registry of Deeds, more than three years later.

7. Based upon the above, it is evident that the Defendant is actively engaged in transferring assets for zero consideration in an apparent effort to defraud its creditors, of which Ms. Nosek is one.

8. The attachment sought will in no way prejudice the Chapter 13 Debtors who are currently making payments to the Chapter 13 Trustees for the Eastern and Western Division.

9. The payments made to the Trustees are for *pre-petition arrears* owed by the Debtors to Ameriquest. Debtors will continue to make their post petition payments as required, and the attachments requested will not precipitate the filings of motions seeking relief from the automatic stay.

WHEREFORE, for the reasons set forth herein, and in the *Affidavit of Jacalyn S. Nosek*,

Plaintiff requests that this Court approve an attachment on Trustee Process in the amount of $1,000,000.00, and that this Court approve *Plaintiff's Motion for Successive Service of Trustee Summons.*

                                                Jacalyn S. Nosek
                                                by her attorney,

                                                /s/ Philip M. Stone
                                                Philip M. Stone, BBO # 544139
                                                44 Front Street
                                                Worcester, MA  01608
                                                Tel. (508) 755-7354

Dated:        September 25, 2007

# Registry of Deeds
William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

← Back

**Result For:**
Name: Ameriquest    Dates: 01/01/2007 To 09/25/2007
Role: Any    Town: WORCESTER    Document Type: Any

Result Matches: [1 - 20 of 74] [Next]

| Name | File Date | Book/Page | Type Desc. | Town | # Pgs. | Number |
|---|---|---|---|---|---|---|
| AMERIQUEST MORTGAGE CO | 09/24/2007 | 41838/42 | ASSIGNMENT | WORCESTER | 1 | 125705 |
| AMERIQUEST MORTGAGE CO | 09/14/2007 | 41798/144 | ASSIGNMENT | WORCESTER | 2 | 121769 |
| AMERIQUEST MORTGAGE CO | 09/14/2007 | 41798/142 | ASSIGNMENT | WORCESTER | 2 | 121768 |
| AMERIQUEST MORTGAGE CO | 09/07/2007 | 41775/293 | ASSIGNMENT | WORCESTER | 2 | 119553 |
| AMERIQUEST MORTGAGE CO | 08/31/2007 | 41738/34 | ASSIGNMENT | WORCESTER | 1 | 116168 |
| AMERIQUEST MORTGAGE CO | 08/27/2007 | 41710/345 | ASSIGNMENT | WORCESTER | 1 | 113723 |
| AMERIQUEST MORTGAGE CO | 08/13/2007 | 41640/378 | ASSIGNMENT | WORCESTER | 1 | 107155 |
| AMERIQUEST MORTGAGE CO | 08/13/2007 | 41640/377 | ASSIGNMENT | WORCESTER | 1 | 107154 |
| AMERIQUEST MORTGAGE CO | 08/10/2007 | 41634/84 | ASSIGNMENT | WORCESTER | 1 | 106521 |
| AMERIQUEST MORTGAGE CO | 08/08/2007 | 41621/321 | ASSIGNMENT | WORCESTER | 1 | 105347 |
| AMERIQUEST MORTGAGE CO | 07/31/2007 | 41571/257 | ASSIGNMENT | WORCESTER | 1 | 100812 |
| AMERIQUEST MORTGAGE CO | 07/18/2007 | 41504/343 | COMPLAINT | WORCESTER | 4 | 94733 |
| AMERIQUEST MORTGAGE CO | 06/29/2007 | 41424/382 | ASSIGNMENT | WORCESTER | 1 | 87476 |
| AMERIQUEST MORTGAGE CO | 06/29/2007 | 41419/281 | POWER OF ATTORNEY | WORCESTER | 6 | 87072 |
| AMERIQUEST MORTGAGE CO | 06/08/2007 | 41283/157 | ASSIGNMENT | WORCESTER | 1 | 75252 |
| AMERIQUEST MORTGAGE CO | 06/08/2007 | 41283/158 | ASSIGNMENT | WORCESTER | 1 | 75253 |
| AMERIQUEST MORTGAGE CO | 06/04/2007 | 41258/116 | ASSIGNMENT | WORCESTER | 1 | 72637 |
| AMERIQUEST MORTGAGE CO | 06/04/2007 | 41264/213 | ASSIGNMENT | WORCESTER | 1 | 73512 |
| AMERIQUEST MORTGAGE CO | 06/04/2007 | 41264/212 | ASSIGNMENT | WORCESTER | 1 | 73511 |
| AMERIQUEST MORTGAGE CO | 06/04/2007 | 41258/115 | ASSIGNMENT | WORCESTER | 1 | 72636 |

[1] [2] [3] [4]

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, District Registry of Deeds.

# Registry of Deeds
William Francis Galvin, Secretary of the Commonwealth
Worcester - Anthony J. Vigliotti, Register

Home | Search | Index | Feedback | Contact

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

⇐ Back

| Town: WORCESTER | | | | | |
|---|---|---|---|---|---|
| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
| 121769 | 09/14/2007 | ASSIGNMENT | 2 | 41798/144 | 0.00 |
| Street# | | Street Name | | Description | |
| 324 | | MILLBURY ST | | | |
| Grantor | | AMERIQUEST MORTGAGE CO | | | |
| Grantee | | WELLS FARGO BANK NA TR | | | |
| Marginal Reference Documents | | 33246/208 2004 MORTGAGE | | | |

🔍 Quick Document Viewer   Click here for Printing Instructions.
🔍 High Quality Viewer   (Requires TIFF Plug-In) Click here for Instructions.
⇩ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, District Registry of Deeds.

When recorded mail to

**GUAETTA AND BENSON, LLP**
P.O. Box 519
Chelmsford, MA 01824-0519

Bk: 41798 Pg: 144
Page: 1 of 2    09/14/2007 11:16 AM

# ASSIGNMENT OF MORTGAGE

Ameriquest Mortgage Company    holder of a real estate mortgage
from:
CURTIS CHRYSTONE

dated: 04/02/04    recorded with the WORCESTER District/County * 4/7/2005
Registry of Deeds on * as Instrument Number    , and in Book    , Page    assigns said mortgage and
the    Note    and    claim 33246    208secured    thereby
to: Wells Fargo Bank, N.A. as Trustee for the benefit of the Certificate
Holders of Asset-Backed Pass-Through Certificates Series 2004-WCW1
_101 North Phillips Avenue_
_Sioux Falls, SD 57104_

"LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF"

Executed and delivered on    04/07/2004

Ameriquest Mortgage Company

By: _____
Theoharis Tziotzios / Agent

**State of Illinois**
**County of Cook**

On 04/07/2004 before me, Charlene Maddox
personally appeared Theoharis Tziotzios

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s) or the entity upon behalf of which is the person(s) acted, executed the instrument.

WITNESS my hand and notarial seal at my office in
said Orange County, CA

Dated: 04/07/2004

Official Seal
Charlene Maddox
Notary Public State of Illinois
My Commission Expires May 20, 2007

_Charlene Maddox_    (Seal)
Charlene Maddox

700-MA (Rev12/01)

[handwritten margin notes: "Worcester", "J. Millbury", "324 Millbury St.", "(2)", "AB"]

Exhibit A

Property Address: 324 Millbury Street, Worcester, Massachusetts 01610

The land with the buildings thereon situated in said Worcester, Worcester County, Massachusetts, Commonwealth of Massachusetts, bounded and described as follows:

Beginning at the intersection of the northerly line of Arwick Avenue, and the westerly line of Millbury Street;

Thence north 72 degrees 37 minutes 32 seconds west by the northerly line of Arwick Avenue, sixty and 88/100 (60.88) feet to a point;

Thence north 17 degrees 22 minutes 28 seconds east by other land now or formerly of Pauline a. Deutch, fifty (50) feet to a point;

Thence south 72 degrees 37 minutes 33 seconds east sixty and 84/100 (60.84) feet to a point on the westerly line Millbury Street;

Thence south 17 degrees 19 minutes 36 seconds west by the westerly line of Millbury Street, fifty (50) feet to the point of beginning.

Being the same premises conveyed to the herein named mortgagor (s) by deed recorded with Worcester South Registry of Deeds in Book 25911, Page 395.

ATTEST: WORC. Anthony J. Vigliotti, Register