UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re<br><br>Jacalyn S. Nosek,<br><br>　　　　　　Debtor | Chapter 13 Bankruptcy<br>Case No. 02-46025-JBR |
| Jacalyn S. Nosek,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ameriquest Mortgage Company<br>　　　And<br>Norwest Bank, Minnesota, N.A.,<br>As Trustee for Amresco Residential<br>Securities Corp. Mortgage Loan Trust,<br>Series 1998-2,<br><br>　　　　　　Defendant,<br><br>Denise M. Pappalardo and<br>Carolyn A. Bankowski<br>Citi Residential Lending, Inc.<br><br>　　　　　　Trustee Defendants | Adversary No. 07-04109-JBR<br>(Related Adv. Pro. No. 04-04517-JBR) |

**CITI RESIDENTIAL INC.'S ANSWER TO PLAINTIFF
JACALYN NOSEK'S FIRST AMENDED COMPLAINT**

　　　CITI RESIDENTIAL LENDING, INC. ("Citi"), by and through its attorneys, Buchalter Nemer, hereby answers the First Amended Complaint (Adversary Proceeding No. 07-04517) brought by Plaintiff Jacalyn S. Nosek. To the extent that any allegation in the First Amended Complaint is addressed to any other defendant or trustee process defendant, Citi is without knowledge or information sufficient to form a belief as to the truth of such allegations.

1

Subject expressly to the above, Citi answer's Plaintiff's First Amended Complaint as follows:

As of the date the trustee process summons issued and was served, Citi had no funds or other assets in its possession belonging to Ameriquest Mortgage Company.

Dated:  January 9, 2008                                     Respectfully submitted,

                                                                      Citi Residential Lending, Inc.

BUCHALTER NEMER, PC
By: /Is/ Jeffrey K. Garfinkle
Jeffrey K. Garfinkle ( Cal. Bar No. 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone:  (949) 760-1121
Fax:  (949) 720-0182
jgarfinkle@buchalter.com

2

## CERTIFICATE OF SERVICE

I, Jeffrey K. Garfinkle, attorney for Citi Residential Lending, Inc. and Norwest Bank Minnesota, N.A., as trustee for AMRESCO Residential Securities Corporation Mortgage Loan Trust, 1998-2, hereby certify that on January 9, 2008, I electronically filed the foregoing CITI RESIDENTIAL LENDING, INC.'S ANSWER TO PLAINTIFF JACALYN NOSEK'S FIRST AMENDED COMPLAINT with the United States Bankruptcy Court for the District of Massachusetts. I certify that I served the documents filed with the Court by first class mail, postage prepaid or by electronic notice on:

Philip M. Stone
44 Front Street
Worcester, MA 01608

Steven A. Ablitt
ABLITT & CHARLTON, P.C.
333 North Avenue
Wakefield, MA 01880

Carolyn A. Bankowski
98 N. Washington St., Suite 300
Boston, MA 02114

Denise M. Pappalardo
P.O. Box 16607
Worcester, A 01601

R. Bruce Allensworth
Phoebe S. Winder
Gregory N. Blase
KIRKATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111

/s/ Jeffrey K. Garfinkle
Jeffrey K. Garfinkle

3