## EXHIBIT 5

LIBC/3220449.1

FORM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DISTRICT OF WORCESTER

In re:  JACALYN S. NOSEK _____  Case No. _____02-46025-JBR_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(E)(2), Fed. R. Bankr., P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Citi Residential Lending, Inc. as a loan servicer for the secured creditor Wells Fargo Bank Minnesota, NA successor by merger to Norwest Bank Minnesota, N.a., As Trustee Of Amresco Residential Securities Corporation Mortgage Loan Trust 1998-2 Under the Pooling And Servicing Agreement dated June 1, 1998, Without Recourse. | Ameriquest Mortgage Company |
| Name of Transferee | Name of Transferor |

Name and Addressee where notices to transferee should be sent:

Citi Residential Lending, Inc.
P.O. Box 769
Orange, CA  92866-9998

Court Claim # (if known) _____16(Amended #1)_____

Amount of Claim: _____$106,533.17_____

Date Claim Filed: _____5/5/2003_____

Phone: _____800-430-5262_____        Phone: _____909-484-2952_____
Last Four Digits of Acct #: _____9515_____   Last Four Digits of Acct #: _____9515_____
Last Four of Alternate Acct #: _____  Last Four of Alternate Acct #: _____

Name and Addressee where notices to transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____9515_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: __1-29-08__
    David Liu, Esq. (California Bar No. 216311)
    Jason E. Goldstein, Esq. (California Bar No. 207481)
    BUCHALTER NEMER
    18400 Von Karman Avenue, Suite 800
    Irvine, CA 92612
    Telephone: (949) 760-1121
    BN File# A5582-2432

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*