# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS – WESTERN DIVISION

|  |  |
|---|---|
| In re ) | |
| ) | |
| JACALYN S. NOSEK, ) | Chapter 13 |
| ) | Case No. 02-46025-JBR |
| Debtor. ) | |
| ) | |
| ) | |
| JACALYN S. NOSEK, ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. Nos. |
| v. ) | 04-4517 and |
| ) | 07-4109 |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT IN SUPPORT OF AMENDED SIGNATURE PAGE

Now comes Lee Harrington, Esq., an attorney at the law firm Nixon Peabody LLP, and makes this affidavit in support of the filing of an amended signature page relating to the Response of Wells Fargo Bank, N.A., as Trustee, to the Order to Show Cause, stating as follows:

1. A Response to this Court's Order to Show Cause was timely filed on behalf of Wells Fargo Bank, N.A., as Trustee, in the above-captioned proceeding.

2. On the signature page of the filing, the signature block appears but the electronic signature of the filer was inadvertently omitted.

10909523.1

3.      Filed as Exhibit A hereto is the signature page of the Response as it ought to have appeared.

    /s/ Lee Harrington
Lee Harrington (BBO No. 643932)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
T:  617.345.1000
F:  866.345.1300
lharrington@nixonpeabody.com

Dated: February 15, 2008
       Boston, Massachusetts