| Jacalyn S. Nosek | 02-46025 |
|---|---|
| Jacalyn S. Nosek v. Ameriquest Mortgage Co., | 04-4517 |
| Jacalyn S. Nosek v. Ameriquest Mortgage Co., | 07-4109 |

Hearing   2/20/2008                                    Worcester

## SIGN-IN SHEET
### *PLEASE WRITE LEGIBLY*

| Name | Law Firm | Party Representing |
|---|---|---|
| Victor Milione | Nixon Peabody LLP | Wells Fargo Trustee |
| William Amann | Ablitt + Charlton | Affiant - self |
| George Berman | Peabody Arnold | Ablitt + Charlton |
| Robert McCall | " | " |
| Steven Ablitt | Ablitt + Charlton | " |
| Jennifer Haskell | Mirick O'Connell | " |
| Robert F. Charlton | Law Office of Robert Charlton | " |
| Eileen Driscoll Rubens | Senior Counsel Ameriquest Mtg Co | |
| J. Robert Seder | Seder + Chandler, LLP | Ameriquest Mortgage |
| Richard Oetheimer | Goodwin Procter LLP | Ameriquest Mortgage |
| Daniel Glosband | Goodwin Procter LLP | Ameriquest Mortgage |
| Philip M. Stone | | J. Nosek |
| Harry Murphy | Garfinkle + Buckleitner Murphy | |
| Rory Fitzpatrick | K+L Gates | K+L Gates |