# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In re JACALYN S. NOSEK, 02-46025

**In Re:** Jacalyn S. Nosek v. Ameriquest Mortgage Company et al        **Case Number:** 07-04109 ( JBR )

**Matter:**                                                                                      **Chapter:**

#65 Motion of Jeffrey K. Garfinkle of Buchalter Nemer, PC, Attorney for Defendants, Norwest Bank, Minnesota, NA, Now Known as Wells Fargo Bank, N.A. as Trustee for Amresco Residential Securities Corporation Mortgage Loan Trust, Series 1998-2 and Citi Residential Lending , Inc. to Expand Scope of Previous Admission of Pro Hac Vice and #74 Opposition of Plaintiff

**MOVANT/APPLICANT/PARTIES**

Jeffrey K. Garfinkle
Philip M. Stone for Plaintiff

**COURT ACTION:**

| | | |
|---|---|---|
| **Show Cause Order** | _____Released | _____Enforced |
| _____Granted | _____Approved | _____Moot |
| _____Denied | _____Denied without Prejudice | |
| ✓ **Withdrawn in Open Court** | | |
| _____Sustained | _____Overruled | |

_____Continued to: _____
_____Proposed Order to be Submitted by:_____
_____Stipulation to be Submitted by:_____
_____Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

_____
_____
_____

**SO ORDERED:**

_____  Dated: 2/20/08
**Joel B. Rosenthal**