UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: | |
| | Chapter 13 |
| Jacalyn S. Nosek | Case No.: 02-46025-JBR |
|        Debtor | |
| | |
| | Adv. Pro. No. 07-04109 |
| Jacalyn S. Nosek | Related Adv. Pro. No. 04-04517-JBR |
|        Plaintiff | |
| v. | |
| | |
| Norwest Bank, Minnesota, N.A., as Trustee for Amresco Residential Securities Corp. Mortgage Loan Trust, Series 1998-2, | |
|        Defendant | |
| | |
| Denise M. Pappalardo, Carolyn A. Bankowski, and Citi Residential Lending, Inc. | |
|        Trustee Defendants | |

**Plaintiff's Request for Judicial Notice**

Now comes the Plaintiff and hereby respectfully requests that this Court, pursuant to Federal Rule of Evidence 201, take judicial notice of the following in connection with this Court's *Order to Show Cause* dated January 25, 2008.

On February 20, 2008, the same day as this Court held a hearing on its *Order to Show Cause*, the Court Clerk issued a *Notice of Transfer of Claim Other Than for Security*, attached here as **Exhibit 1**.

The Notice issued by this Court on February 20, 2008, states that a *Transfer of Claim Other than for Security* was filed with this Court on January 28, 2008. The *Notice of Transfer* says that Transferor Ameriquest Mortgage Company has assigned its Claim (No.

16), which is the Amended Proof of Claim dated April 22, 2003, to Transferee Citi Residential Lending, Inc.

Even after this Court issued its *Order to Show Cause,* Ameriquest Mortgage Company filed documents with this Court stating that it was the holder of the claim at issue.

        Jacalyn Nosek
        By her attorney,

        /s/ Philip M. Stone
        Philip M. Stone, BBO # 544139
        44 Front Street
        Worcester, MA  01608
        Tel. (508) 755-7354
        Fax. (508) 752.3730
        E-mail: pstonelaw@rcn.com

Dated:    March 6, 2008

## CERTIFICATE OF SERVICE

I, Philip M. Stone, do hereby certify on this day I electronically filed the foregoing pleading with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Steven M. Ablitt, Esq.
Jeffrey K. Garfinkle, Esq.
Denise M. Pappalardo, Esq.
Carolyn A. Bankowski, Esq.
Phoebe Winder, Esq.
R. Bruce Allensworth, Esq.

        *and all others receiving notice via the CM/ECF system*

        /s/ Philip M. Stone
        Philip M. Stone

DATED:    March 6, 2008

210B
10/06

**United States Bankruptcy Court**
District of Massachusetts

Case number: 02-46025
Chapter: 13
Judge Joel B. Rosenthal

**Jacalyn S. Nosek**
P.O. Box 1311
Lancaster, MA 01561
xxx-xx-6055
*No Known Aliases*

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. 16 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **1/28/08**.

*Transferee*
**Citi Residential Lending, Inc.**
PO Box 769
Orange, CA 92866

*Transferor*
**Ameriquest Mortgage Company**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 2/20/08

By the Court,

Madelyn Bedard
Deputy Clerk
508-770-8918