**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Western Division)**

| | |
|---|---|
| In re ) | |
| ) | |
| JACALYN S. NOSEK, ) | Chapter 13 |
| ) | Case No. 02-46025-JBR |
| Debtor. ) | |
| _____) | |
| ) | |
| JACALYN S. NOSEK, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding |
| v. ) | Nos. 04-4517 and 07-4109 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF APPEAL**

Wells Fargo Bank, N.A. (formerly known as Norwest Bank, Minnesota, N.A.), as Trustee for AMRESCO Residential Securities Corp. Mortgage Loan Trust, Series 1998-2 (in such capacity, the "Trustee"), hereby appeals under 28 U.S.C. § 158(a) the "Memorandum of Decision Regarding Order to Show Cause" of the bankruptcy judge entered on April 25, 2008 [Docket No. 217]; the "Order Regarding Order to Show Cause" of the bankruptcy judge entered on April 25, 2008 [Docket No. 218], and the "Supplemental Order Regarding Order to Show Cause" of the bankruptcy judge entered on April 29, 2008 [Docket No. 220].[1]

---

[1] It is unclear from the orders from which this appeal is taken whether the Bank (as opposed to Wells Fargo Bank, N.A., in its capacity as Trustee for the AMRESCO Residential Securities Corp. Mortgage Loan Trust, Series 1998-2) was made a party to this adversary proceeding by virtue of the orders. Out of an abundance of caution, reserving all rights and remedies available to the Bank, and without making any admission that the Bank is a party to the underlying bankruptcy case or adversary proceedings, the Trustee files this Notice of Appeal and lists itself and the Bank as affected parties hereunder.

10998542.2

The names of all the parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:[2]

| Party | Attorney |
|---|---|
| Ablitt & Charlton, PC (f/k/a Ablitt & Caruolo, PC), and<br><br>William Amann, Esq., and<br><br>Jennifer A. Haskell, Esq. | George A. Berman, Esq.<br>Robert A. McCall, Esq.<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>tel:  617.951.2100 |
| Ameriquest Mortgage Company | Daniel M. Glosband, Esq.<br>Richard A. Oetheimer, Esq.<br>Jonathan P. Olsson, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA  02109<br>tel:  617.570.1000 |
| Buchalter Nemer, P.C., and<br><br>Jeffrey K. Garfinkle, Esq. | Harold B. Murphy, Esq.<br>Hanify & King, Professional Corporation<br>One Beacon Street, 21st Floor<br>Boston, MA  02108<br>tel:  617.423.0400 |
| Robert F. Charlton, Jr., Esq. | Pro se<br>P.O. Box 801<br>Reading, MA  01867<br>tel:  781.944.8090 |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Rory FitzPatrick, Esq.<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>tel: 617.261.3100 |

---

[2] It is unclear from the orders from which this appeal is taken whether Wells Fargo Bank, N.A., in its *individual* capacity (in such capacity, the "Bank"), was made a party to this adversary proceeding by virtue of the order. Out of an abundance of caution, reserving all rights and remedies available to the Bank, and without making any admission that the Bank is a party to the underlying bankruptcy case or adversary proceedings, the Trustee lists the Bank as an affected party hereunder.

10998542.2

| John Teston | No attorney of record |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for the AMRESCO Residential Securities Corp. Mortgage Loan Trust, Series 1998-2 (as successor-in-interest to Norwest Bank, Minnesota, N.A., in the same capacity), and<br><br>Wells Fargo Bank, N.A., individually and not as Trustee | Victor G. Milione, Esq.<br>Lee Harrington, Esq.<br>Travis J. Norton, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA  02110<br>tel:  617.345.1000 |

Appellant is simultaneously filing herewith its Election to Proceed to District Court.

Dated:        May 5, 2008
              Boston, Massachusetts            Respectfully submitted,

                                               WELLS FARGO BANK, N.A., AS
                                               TRUSTEE for the AMRESCO Residential
                                               Securities Corp. Mortgage Loan Trust,
                                               Series 1998-2, and not individually

                                               By its attorneys,

                                               ___/s/ Lee Harrington_____
                                               Victor G. Milione, Esq. (BBO #548707)
                                               Lee Harrington, Esq. (BBO #643932)
                                               Travis J. Norton, Esq. (BBO #670822)
                                               NIXON PEABODY LLP
                                               100 Summer Street
                                               Boston, MA  02110
                                               Tel:    617.345.1000
                                               Fax:    617.345.1300
                                               Email:  vmilione@nixonpeabody.com
                                                       lharrington@nixonpeabody.com
                                                       tnorton@nixonpeabody.com