# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (WESTERN DIVISION)

| | |
|---|---|
| IN RE: JACALYN S. NOSEK,<br><br>                Debtor, | Chapter 13<br>Case No. 02-46025-JBR |
| JACALYN S. NOSEK,<br><br>                Plaintiff,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, ET AL.,<br><br>                Defendants. | Adversary Proceedings<br>No. 04-4517 and<br>No. 07-4109 |

## STATEMENT OF ISSUES TO BE
## PRESENTED ON APPEAL BY ABLITT & CHARLTON

Pursuant to Bankruptcy Rule 8006, Ablitt & Charlton, P.C., ("Ablitt & Charlton") states herein the issues to be presented on appeal. Ablitt & Charlton intends to file its designation of record on appeal with the other appellants under separate cover.

1. Whether the District Court should vacate the sanctions against Ablitt & Charlton if the District Court concludes that sanctions against the client and its national counsel should be vacated.

2. Whether the Bankruptcy Court committed an error of law by sanctioning Ablitt & Charlton notwithstanding that under Bankruptcy Rule 9011 an attorney should not be sanctioned for relying upon factual information from the client and forwarding counsel.

3. Whether the Bankruptcy Court committed an error of law by sanctioning Ablitt & Charlton where the Bankruptcy Court found that sanctions against the individual attorneys were not appropriate.

4. Whether the Bankruptcy Court committed an error of law by holding Ablitt & Charlton to a standard which was not recognized at the time of the conduct at issue.

  5.  Whether the Bankruptcy Court committed an error of law and/or abused its discretion by imposing sanctions of $25,000 against Ablitt & Charlton without any consideration or logic of the relationship between the amount of the sanctions and the purpose of Bankruptcy Rule 9011.

Ablitt & Charlton further incorporates by reference the statements of issues set forth by the other appealing parties.

              ABLITT & CHARLTON, P.C.

              By its attorneys,

              /s/ Robert A. McCall
              George A. Berman, BBO #040200
              Robert A. McCall, BBO #552682
              PEABODY & ARNOLD LLP
              Federal Reserve Plaza
              600 Atlantic Avenue
              Boston, MA 02210-2261
              (617) 951-2100

Dated: June 13, 2008

           682749

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (WESTERN DIVISION)

| | |
|---|---|
| IN RE: JACALYN S. NOSEK,<br><br>        Debtor, | Chapter 13<br>Case No. 02-46025-JBR |
| JACALYN S. NOSEK,<br><br>        Plaintiff,<br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, ET AL.,<br><br>        Defendants. | Adversary Proceedings<br>No. 04-4517 and<br>No. 07-4109 |

## CERTIFICATE OF SERVICE

I, Robert A. McCall, certify that I caused to be served the foregoing upon the parties by CM/ECF email and/or by mailing a copy, postage prepaid, first class on June 16, 2008 to:

>Robert F. Charlton, Esquire
>P.O. Box 801
>Reading, MA 01867


>/s/ Robert A. McCall
>Robert A. McCall