# United States Court of Appeals

## For the First Circuit

No. 09-1806

08-40095
USDC/MA-WO
Young, W.

**MANDATE**

IN RE: JACALYN S. NOSEK

Debtor.

_____

AMERIQUEST MORTGAGE COMPANY,

Appellant,

v.

JACALYN S. NOSEK,

Nominal Appellee.

Certified and Issued
as mandate under
Fed. R. App. P. 41

/s/ Margaret Carter
Clerk

/s/ George [signature]
Deputy Clerk

**JUDGMENT**

Entered: June 14, 2010

Date: 07/13/2010

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sanction award against Ameriquest Mortgage Company is modified to $5,000, and the judgment of the district court is otherwise affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. William J. Young, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Wong-Brink, Mr. Harrington, Ms. Healey, Mr. Oetheimer, Mr. Berman, Mr. Murphy, Mr. Stone, Mr. McCall, Mr. Bolan, Mr. Sheehan, Mr. Glosband, Mr. Norton & Ms. Holden.